IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S. Magistrate Judge Gordon P. Gallagher

14-MJ-38-gpg

UNITED STATES OF AMERICA,

Plaintiff,

v.

DENNIS K. MINOR

Defendant.

## ORDER OF DISQUALIFICATION

The Court has a conflict with this matter meriting disqualification and hereby Orders that the matter be reassigned to another judicial officer.

Dated May 20, 2014.

_____
Gordon P. Gallagher
United States Magistrate Judge