IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-mj-00038-CBS-1

UNITED STATES OF AMERICA,
    Plaintiff,
v.

DENNIS K. MINOR,
    Defendant.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on reassignment due to the recusal of Magistrate Judge Gordon P. Gallagher.  IT IS ORDERED that:

    1.    A Telephone Status Conference is set for Tuesday, June 17, 2014 at 3:00 p.m. in Courtroom A-402 before Magistrate Judge Craig B. Shaffer.  Counsel shall first initiate a telephone conference call among themselves and then call the court at (303) 844-2117 at the scheduled time.

    2.    Attached hereto is a CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE form for the Defendant's consideration.

Dated at Denver, Colorado this 10th day of June, 2014.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge