IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-MJ-00038-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Dennis K. Minor,

    Defendant.

---

ORDER SETTING TRIAL AND MOTIONS BRIEFING

---

Entered by U.S. Magistrate Judge Craig B. Shaffer.

    IT IS HEREBY ORDERED that this matter is set for a two day Jury Trial beginning on **August 28, 2014, at 9:00 a.m.**, in the Wayne Aspinall Courthouse, 402 Rood Ave, Grand Junction, Colorado, 81501. The provisions of Fed. R. Crim. P. 16 and the Local Rules of this Court shall be followed by all parties.

    IT IS FURTHER ORDERED that any pretrial motions are to be filed on or before **July 25, 2014**. Responses shall be filed on or before **August 8, 2014**.

    IT IS FURTHER ORDERED that not later than **August 14, 2014**, the parties shall notify Patti Gallagher, who may be reached at (970) 241-8932, of any need for special accommodation for any attorney, party, or witness; or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CDROM or other electronic means of evidence presentation.

    IT IS FURTHER ORDERED that on or before **August 21, 2014**, parties shall electronically file (via CM/ECF) the following:

    1. Their respective trial briefs, not to exceed ten pages;

    2. Proposed findings of fact and conclusions of law. A Word version shall also be emailed to Shaffer_Chambers@cod.uscourts.gov;

    3. A list of stipulated exhibits; and

    4.  A list of stipulated facts.

IT IS FURTHER ORDERED that prior to the start of trial each party shall electronically file and provide the magistrate judge with one copy of the following:

    1.  Witness list in alphabetical order;

    2.  Exhibit list, including a list of objections any party has to the opponent's exhibits.

    3.  A list of any facts of which a party is asking the Court to take judicial notice; and

    4.  A list of any unique terms intended to be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

IT IS FURTHER ORDERED that parties shall adhere to the following instructions regarding exhibits:

    1.  Trial exhibits shall be pre-marked.  The government shall use numbers and the defense shall use letters.  Parties shall prepare an original (to be used by the witness) plus one copy (to be used by the magistrate judge).

    2.  The parties shall predetermine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

    3.  The parties shall meet and exchange their pre-marked exhibits before the beginning of the trial;

    4.  Trial exhibits shall be tabbed and placed into notebooks, including the court's copies of the exhibits, unless an exhibit is incapable of being placed into a notebook; and,

    5.  Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

DATED at Denver, Colorado, this 30th day of June, 2014.

                        BY THE COURT:

                        *s/Craig B. Shaffer*
                        Craig B. Shaffer
                        United States Magistrate Judge