IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Case No. 14-mj-00038-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS K. MINOR,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that a Telephone Motion Hearing and Trial Preparation Conference will be held on August 13, 2014 at 2:00 p.m. before Magistrate Judge Craig B. Shaffer. Counsel shall first initiate a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.

**DATED:**     August 5, 2014